| Date | Pleading Number | |
|---|---|---|
| 12/8/75 | 1. | MOTION & SUPPORTING BRIEF -- UNITED STATES STEEL CORP., ET AL., plaintiffs w/Schedule of Actions Involved, Appendix A thru Appendix I. and Proof of service on counsel and involved clerks. REQUESTED TRANSFEREE FORUM: Southern District of New York |
| 12/18/75 | | APPEARANCES -- T. McGanney for United States Steel Corp., et al. R. P. Lasko for Pltf-Int. Eltra Corp. J. D. Holnes, Jr. for American Can Co. (def.) |
| 12/19/75 | | APPEARANCE --- W. D. Dexter for all defs. in U.S. Steel case, and petitioners in three Multistate Tax Commission cases. |
| 12/22/75 | | APPEARANCE --- W. D. Dexter for petitioners in Dorgan action (ND) |
| 12/22/75 | | REQUEST FOR EXTENSION -- W. D. DEXTER -- DENIED |
| 12/22/75 | 2 | RESPONSE -- W. D. DEXTER, MULTISTATE TAX COMMISSION, BREIF AND AFFIDAVIT w/cert. of service |
| 12/29/75 | 3 | REPLY BRIEF -- CLASS ACTION PLAINTIFFS w/cert. of service |
| 12/30/75 | | HEARING ORDER -- SETTING A-1 through A-4 FOR HEARING, JAN. 23, 1976 WASH., D.C. |
| 1/22/76 | 4 | FILINGS IN D. OF IDAHO (Sperry Rand Corp. Answer) and American Can. Co. Reply) service indicated. |
| 1/29/76 | 5 | RESPONSE TO COURTS ORAL REQUEST --BYRON L. DORGAN, ETC. |
| 2/5/76 | | ORDER -- DEFERRING PANELS OPINION until the three-judge court disposes of the matter before it. Notified counsel, involved judges |
| 8/4/76 | | ORDER DENYING TRANSFER OF LITIGATION -- |

DOCKET NO. 240 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE MULTISTATE TAX COMPACT LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s): 1/23/76

Date(s) of Opinion(s) or Order(s): 8/4/76

Consolidation Ordered: ____

Consolidation Denied: ✓

Name of Transferee Judge: ____

Transferee District: ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United States Steel Corporation, etc. v. Multistate Tax Commission, et al. | S.D.N.Y. Brieant | 72 Civ. 3238 (CLB) | | | | |
| A-2 | Multistate Tax Commission, et al. v. American Can Company | W.D.Wash. ~~Goodwin~~ Sharp | C75-164 T | | | | |
| A-3 | Multistate Tax Commission, et al. v. Sperry Rand Corp. | Idaho McNichols | 1-75-168 | | | | |
| A-4 | Byron L. Dorgan, etc. v. International Harvester Co. | N.Dakota Van Sickle | A1-84-25 | | | | |

Prepared: 12/18/75

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 240 -- IN RE MULTISTATE TAX COMPACT LITIGATION

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| UNITED STATES STEEL CORP., ET AL.<br>Thomas McGanney, Esquire<br>White & Case<br>14 Wall Street<br>New York, New York  10005<br><br>BYRON L. DORGAN, ETC.<br>MULTISTATE TAX COMMISSION, ET AL.<br>William D. Dexter, Esquire<br>General Counsel<br>Multistate Tax Commission<br>Bank of Olympia Building<br>Olympia, Washington  98501<br><br>~~BYRON L. DORGAN, ETC.~~<br>~~Albert R. Hausauer, Esquire~~<br>~~Special Assistant Attorney General~~<br>~~   of the State of North Dakota~~<br>~~State Tax Department~~<br>~~Post Office Box 773~~<br>~~Bismarck, North Dakota  58501~~<br><br>AMERICAN CAN COMPANY<br>Joseph D. Holmes, Jr., Esquire<br>Karr, Tuttle, Koch, Campbell,<br>   Mawyer & Morrow<br>2600 Seattle-First National Bank Bldg.<br>Seattle, Washington  98154 | SPERRY RAND CORPORATION<br>Eberle, Berlin, Kading, Turnbow<br>   & Gillespie<br>300 North Sixth Street<br>Post Office Box 1368<br>Boise, Idaho  83701<br><br>INTERNATIONAL HARVESTER CO.<br>Pearce, Anderson, Pearce, Thames<br>   & Pearce<br>Post Office Box 400<br>Bismarck, North Dakota  58501<br><br>ELTRA CORP.<br>Richard P. Lasko, Esquire<br>Shearman & Sterling<br>53 Wall Street<br>New York, New York  10005 |