JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 4 - 1976

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 240

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MULTISTATE TAX COMPACT LITIGATION

ORDER DENYING TRANSFER

    This matter came on for hearing before the Panel on January 23, 1976, in Washington, D.C. Then before us was the motion of plaintiffs in the United States Steel action, pending in the Southern District of New York, to transfer three other actions, pending in the Western District of Washington and the Districts of Idaho and North Dakota, to the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Because a statutory three-judge court had been empaneled to hear and determine constitutional questions raised by defendants' motion for summary judgment in the United States Steel action, we deferred decision on the Section 1407 motion until the three-judge court had disposed of the matter before it. Recently, the three-judge court granted the defendants' motion for summary judgment and dismissed the United States Steel action. United States Steel Corporation, etc. v. Multistate Tax Commission, et al., No. 72 Civ. 3238 (S.D.N.Y., filed July 8, 1976).

    The three-judge court convened in United States Steel considered and rejected each of plaintiffs' constitutional challenges to the Multistate Tax Compact and the Multistate Tax Commission's subpoena and audit authority thereunder. Because each of the defendants in the Washington, Idaho and North Dakota actions was a member of the Rule 23(b)(2) plaintiffs' class involved in United States Steel, the decision of the three-judge court effectively disposed of the bulk of the common factual and legal issues involved in this litigation. See Rule 23(c)(3), Federal Rules of Civil Procedure.

    It now appearing to the Panel on the basis of the record before us that coordinated or consolidated pretrial proceedings under Section 1407 in the actions listed on the

following Schedule A would neither serve the convenience of the parties or witnesses nor further the just and efficient conduct of the litigation,

IT IS THEREFORE ORDERED that the motion to transfer the actions on Schedule A pursuant to Section 1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

## SCHEDULE A

DOCKET NO. 240 -- In re Multistate Tax Compact Litigation

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States Steel Corporation, etc. v. Multistate Tax Commission, et al. | Civil Action No. 72Civ.3238(CLB) |

### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Multistate Tax Commission, et al. v. American Can Company | Civil Action No. C75-164 T |

### DISTRICT OF IDAHO

| | |
|---|---|
| Multistate Tax Commission, et al. v. Sperry Rand Corp. | Civil Action No. 1-75-168 |

### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Byron L. Dorgan, etc. v. International Harvester Co. | Civil Action No. A1-84-25 |